# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



Everett McKinley Dirksen
United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

## ORDER

July 17, 2025

*By the Court:*

| No. 25-2132 | ESTATE OF ANTHONY MOURADIAN, <br> Plaintiff - Appellant <br><br> v. <br><br> JACKSON COUNTY, et al., <br> Defendants - Appellees |
|---|---|
| **Originating Case Information:** ||
| District Court No: 3:23-cv-00167-wmc <br> Western District of Wisconsin <br> District Judge William M. Conley ||

The following is before the court: **MOTION TO DISMISS DEFENDANTS PATRICIA JACOBSON AND FOOTPRINTS IN TIME MIDWIFERY SERVICES, LLC FROM THIS APPEAL,** filed on July 16, 2025, by counsel for the Footprints in Time Midwifery Services LLC and Patricia Jacobson,

A review of the court's docket indicates that Defendants Footprints in Time Midwifery Services LLC and Patricia Jacobson are not parties to this appeal. Accordingly,

**IT IS ORDERED** that the motion is **GRANTED** to the extent that the clerk shall remove attorney Mark T. Budzinski from the court's docket.

form name: **c7_Order_BTC**    (form ID: **178**)